IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHERN F. HUNTER                                                                                      PLAINTIFF

VS.                                            CASE NO. 05-CV-1106

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY                                          DEFENDANT

## J U D G M E N T

    For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 7th day of February 2007.

                                                      /s/ Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  United States District Judge